IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:25cr499-MHT** |
| | ) | (WO) |
| **KAMRYN HARTLEY** | ) | |

### ORDER

Upon consideration of the government's motion to rescind the preliminary order of forfeiture and strike the forfeiture allegation from the indictment, and for good cause shown, it is ORDERED that the motion (Doc. 68) is granted, the preliminary order of forfeiture (Doc. 67) is rescinded, and the forfeiture allegation is struck from the indictment (Doc. 34).

DONE, this the 26th day of November, 2026.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**