IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )       CRIMINAL ACTION NO.
     v.                     )          2:25cr499-MHT
                            )             (WO)
KAMRYN HARTLEY              )
```

ORDER MEMORIALIZING POST-RELEASE MEETING

An on-the-record, in-chambers meeting was held on August 3, 2026, to discuss how defendant Kamryn Hartley is faring on supervised release. Hartley is working full-time during the day, attending community college classes in the evenings, receiving mental-health counseling twice per month, and generally staying compliant with his many conditions of supervised release. He and his parents have attended a couple of family counseling sessions but have not had a session recently due to work-schedule conflicts. The court encouraged the family to get a counseling schedule settled.

All parties agree that if Hartley continues to do well, the court should consider terminating home

detention at the end of August.  They further agreed that if he continues to do well for 24 months, then the court may consider terminating supervised release a year early.

***

Accordingly, it is ORDERED that:

(1) On August 31, 2026, the supervising probation officer shall file a short report informing the court whether defendant Kamryn Hartley has been compliant and whether probation still recommends terminating home detention at that time.

(2) The supervising probation officer and the Federal Defender's office shall monitor the family's attendance at family counseling and will report to the court if family counseling falls by the wayside, ceases for whatever reason, or is otherwise problematic.  The supervising probation officer shall also inform the court if and when she thinks family counseling is no longer necessary.

2

(3) The court does not set any additional status conferences or meetings at this time.

DONE, this the 4th day of August, 2026.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE